DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____


NIKETA LASHUN SHERRILL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.


No. 2D22-276

_____


September 22, 2023

Appeal from the Circuit Court for Sarasota County; Rochelle T. Curley,
Judge.

Howard L. Dimmig, II, Public Defender, and A. Victoria Wiggins,
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Taylor A. Schell,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


KHOUZAM, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.